IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal No. |
| v. | : | |
| | : | |
| ZACHARY FRIEDMAN, | : | VIOLATION: |
| | : | |
| Defendant. | : | 26 U.S.C. § 7201 (Tax Evasion) |
| | : | |

## INFORMATION

The United States Attorney charges that:

### Introduction

At all times relevant to this Information:

1. ZACHARY A. FRIEDMAN, the defendant, was a United States citizen whose permanent residence was in New York, New York, or Dubai, United Arab Emirates.

2. Starting in or about July 2013 until in or about February 2015, ZACHARY A. FRIEDMAN, the defendant, was a senior executive of a United States Department of Defense contractor ("Company-1") whose operational headquarters was then in Dubai, United Arab Emirates.

3. As part of FRIEDMAN's compensation package, Company-1 paid FRIEDMAN a monthly salary and a yearly bonus. Company-1 paid FRIEDMAN's compensation by making wire transfers into FRIEDMAN's accounts, or other accounts as directed by FRIEDMAN, including an account held in the name of "Laker Holdings LLC."

4. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for administering the federal tax laws of the United States, and collecting taxes owed to the United States.

5. United States taxpayers who had income in excess of a certain amount were obligated to file an individual income tax return with the United States Internal Revenue Service ("IRS"). On said return, United States taxpayers were obligated to report their worldwide income.

6. For tax year 2013, FRIEDMAN hired a tax preparer in the Philadelphia, Pennsylvania area, and for each of the years 2014 and 2015, FRIEDMAN hired a tax preparer in New York, New York, to prepare U.S. Individual Income Tax Returns, Forms 1040 ("Forms 1040"). FRIEDMAN filed jointly with his then-wife in 2013 and 2014, and separately in 2015. The Forms 1040 reported, among other things, the income FRIEDMAN received from Company-1.

7. For each of the tax years 2013, 2014, and 2015, FRIEDMAN provided false information to his tax preparer about, among other things, the amount of income he received from Company-1, and the expenses incurred in each year. FRIEDMAN knew he had a duty to report accurate information on his Forms 1040, but intentionally provided false information to his tax preparers. The false information he provided resulted in the preparation and filing of Forms 1040 for each year reporting a lower tax due and owing than would have been reported if the information on the returns had been accurate.

## COUNT ONE

8. Paragraphs 1 through 7 are realleged and incorporated fully herein by reference.

9. From at least in or about January 1, 2014, through in or about August 2018, in the Southern District of New York and elsewhere, the defendant, ZACHARY A. FRIEDMAN, a resident of New York, New York, or Dubai, United Arab Emirates, willfully and knowingly did attempt to evade and defeat a substantial part of the income taxes due and owing by him to the

3

United States in the amounts and for the calendar years set forth below by:

a) willfully and knowingly filing with the IRS false and fraudulent U.S. Individual Income Tax Returns, Forms 1040, for each of the calendar years 2013, 2014, and 2015 on or about the dates listed below; and

b) providing his return preparer with false and fraudulent information about the amount of his income from Company-1 in each year, and expenses incurred in each year, resulting in the amount of approximate tax due and owing as detailed below.

| Tax Year | Approximate Filing Date of Return | Approximate Unreported Income | Approximate Tax Due and Owing |
|---|---|---|---|
| 2013 | 09/15/2014 | $ 80,668.00 | $ 37,651.00 |
| 2014 | 10/14/2015 | $142,229.45 | $102,911.00 |
| 2015 | 09/30/2016 | $308,200.09 | $ 66,544.00 |
| Total | | $531,097.54 | $207,106.00 |

(Title 26, United States Code, Section 7201)

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: _____
Leslie A. Goemaat
Assistant United States Attorney
MA Bar No. 676695
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-6971
Leslie.Goemaat@usdoj.gov

STUART M. GOLDBERG
Acting Deputy Assistant Attorney General

By: _____
Nanette L. Davis
Senior Litigation Counsel
D.C. Bar No. 442136
150 M Street, N.E., Room 1.107
Washington, D.C. 20002
(202) 514-8030
Nanette.L.Davis@usdoj.gov