UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | |
| **v.** : | **Crim. No.: 22-cr-263-CKK** |
| : | |
| : | |
| **ZACHARY FRIEDMAN,** : | |
| : | |
| **Defendant** : | |

**NOTICE OF WITHDRAWAL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Leslie Goemaat, as counsel for the United States, is withdrawing as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:   */s/  Leslie A. Goemaat*
LESLIE A. GOEMAAT
MA Bar No. 676695
Assistant United States Attorney
Fraud, Public Corruption, and Civil Rights Section
U.S. Attorney's Office
601 D St NW, Room 5.1521
Washington, D.C.  20530
Office: 202-803-1608
Leslie.Goemaat@usdoj.gov